Maria Fernanda Ezquerro (299783)
401 B STREET, SUITE 305
SAN DIEGO 92101
(619)674-3250
fernanda@ezquerrolawgroup.com

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. LINDA LOPEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-CR-00248-LL |
| Plaintiffs, | ORDER GRANTING JOINT MOTION TO CONTINUE |
| vs. | |
| JOSEPH KENNETH CUMMINGS, | |
| Defendant. | |

The Court hereby FINDS AS FOLLOWS:

1. Defendant is scheduled to appear for a Motion Hearing and Trial Setting on March 20th, 2023 at 10:00 a.m.
2. The parties request additional time to continue to gather discovery an mitigation.
3. The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Motion Hearing and Trial Setting in this matter is continued from March 10th, 2023 to April 24th, 2023 at 10:00 a.m.
2. The time period of March 20th, 2023 to April 24th, 2024, inclusive, is excluded in computing the time within which trial must commence, pursuant to 18 U.S.C. §§

3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED:

Dated: 3/15/2023

HON. DISTRICT JUDGE
LINDA LOPEZ

2